Lowell McGUIRE, Appellant,

v.

The STATE of Texas, Appellee.

Nos. 28289–28291.

Court of Criminal Appeals of Texas.

April 25, 1956.

A. D. WILLIS, Appellant,

v.

SOHIO PETROLEUM COMPANY and
Homer England, Appellees.

No. 5143.

Court of Civil Appeals of Texas.

El Paso.

March 7, 1956.

Rehearing Denied March 28, 1956.

No attorney on appeal for appellant.

Henry Wade, Dist. Atty., Charles S. Potts, Asst. Dist. Atty., Dallas, Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is felony theft; the punishment, 3 years.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.